**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 100 DB 2023 (No. 69 RST 2023) |
| | : | |
| LAMONT G. MCCLURE, JR. | : | Attorney Registration No. 77152 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Northampton County) |

## O R D E R

**PER CURIAM**

　　**AND NOW**, this 26th day of October, 2023, the Report and Recommendation of Disciplinary Board Member dated October 16, 2023, is approved and it is ORDERED that LAMONT G. MCCLURE, JR., who has been on Retired Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.